IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01777-BNB

HUMBERTO GALVAN,

Applicant,

v.

UNITED STATES OF AMERICA,

Respondent.


FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -9 2008

GREGORY C. LANGHAM
                    CLERK

ORDER OF TRANSFER

Applicant Humberto Galvan is incarcerated at the Cibola County Correctional Center in Milan, New Mexico. Mr. Galvan initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. On September 30, 2008, Mr. Galvan filed an amended habeas corpus application.

Mr. Galvan is challenging his removal from the United States, which he refers to as deportation, and the relief he seeks in this action is to stop his removal. Mr. Galvan alleges that he is subject to removal as a result of his criminal conviction. Mr. Galvan apparently filed this action in this Court because he was convicted in a criminal case in the District of Colorado. **See United States v. Galvan**, No. 04-cr-00403-LTB-12 (D. Colo. Jan. 4, 2007). However, as noted above, Mr. Galvan currently is incarcerated in a correctional facility located in New Mexico and he was incarcerated at that facility when he filed this action. Therefore, Mr. Galvan should have filed this action in the United States District Court for the District of New Mexico because an application for a writ of

habeas corpus pursuant to § 2241 "must be filed in the district where the prisoner is confined." ***Bradshaw v. Story***, 86 F.3d 164, 166 (10th Cir. 1996).

Pursuant to 28 U.S.C. § 1631, the Court may transfer the action to any other court in which the action could have been brought if it is in the interest of justice. The Court finds that the interests of justice would be served by transferring this action to the District of New Mexico. Accordingly, it is

ORDERED that the clerk of the Court transfer this action to the United States District Court for the District of New Mexico.

DATED at Denver, Colorado, this 8 day of Oct., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01777-BNB

Humberto Galvan
Reg. No. 32868-013
Cibola County Corr. Center
PO Box 3540
Milan, NM 87021

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/9/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk